# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| MARVIN LEE HEIGHT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CV416-032 |
| SAM OLENS et al., | ) ) |
| Defendants. | ) ) |

## ORDER

After the Court recommended dismissing his 42 U.S.C. § 1983 Complaint as an unauthorized second or successive 28 U.S.C. § 2254 petition (doc. 3), Marvin Height objected, pointing out that claims like his[1] are actionable under § 1983. Doc. 8 at 4 (citing *Grayson v. King*, 460 F.3d 1328 (11th Cir. 2006). He's right. "[C]laims seeking post-conviction access to biological evidence for DNA testing purposes may be brought as a § 1983 action." *Grayson*, 460 F.3d at 1336. The Court therefore **VACATES** its previous recommendation. Doc. 3. It will address the merits of Height's claim in a separate order.

---

[1] Height seeks to have DNA comparison testing performed. Doc. 8 at 2. That, he says, will "exclude him as the perpetrator of th[e] heinous crime" (murder) for which he stands convicted. *Id.*

**SO ORDERED**, this 15th day of March, 2016.

/s/ G. R. Smith
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA